UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61068-CIV-MARRA/JOHNSON

CARLISLE WILSON,

    Plaintiff,

vs.

BROWARD COUNTY, a political
subdivision of the State of Florida,

    Defendant.

_____/

**ORDER AND OPINION**

This cause is before the Court upon Plaintiff's request for Mandatory Judicial Notice of Broward County Transportation Disadvantaged Service Plans ("TDSP"), filed January 25, 2007. (DE 268.) Defendant responded, asserting that it has no objection to Plaintiff's requested relief, provided that Plaintiff may make objections and arguments concerning how Plaintiff uses these documents at a bench trial, including but not limited to objections based on relevance. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's request for Mandatory Judicial Notice of Broward County Transportation Disadvantaged Service Plans (**DE 268**) is **GRANTED** without prejudice to Defendant asserting appropriate objections at the bench trial or evidentiary hearing, based on relevance and admissibility.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of September, 2007.

                                                          Hon. Kenneth A. Marrra

_____
United States District Court Judge

Copies furnished to:
All counsel of record